IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Educational Commission for )
Foreign Medical Graduates )   Civil Action No.   6:99-1676-24
                Plaintiff, )
                           )
vs.                        )   **SCHEDULING ORDER**
                           )
                           )
Teknology-Laine, L.L.C.,   )
Michael Laine, et Al.      )                    SCANNED
        Defendant.         )

FILED
JUN 0 3 1999
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as implemented by Local Rule 26.00 D.S.C., the following time limits are established in this case:

1. Motions to join other parties and to amend the pleadings shall be filed on or before __October 1, 1999__.

2. The plaintiff must comply with Local Rule 26.09 by __November 1, 1999__.

3. The defendant must comply with Local Rule 26.09 by __December 1, 1999__.

4. All discovery shall be completed no later than __January 1, 2000__. Discovery shall be deemed completed within this time frame only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

5. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery as herein provided for, shall be filed no later than __January 15, 2000__.

6. This case is subject to being set for trial on or after, or thirty days after ruling on dispositive motions, whichever is later __March 1, 2000__.

IT IS SO ORDERED.

_Margaret B. Seymour_
MARGARET B. SEYMOUR
UNITED STATES DISTRICT JUDGE

__June 3__, 199__9__
__Greenville__, South Carolina