IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

|  |  |
|---|---|
| Educational Commission For Foreign Medical Graduates<br>              Plaintiff,<br><br>vs.<br><br>Teknology-Laine, L.L.C., Michael Laine, and Badralsadat Madani,<br>              Defendant. | Civil Action No. 6:99-1676-24<br><br>**CONSENT ORDER FOR ENLARGEMENT OF TIME** |

**RECEIVED** JUN 1 4 1999 LARRY W. PROPES, CLERK U.S. DISTRICT COURT

**FILED** JUN 1 8 1999 LARRY W. PROPES, CLERK U.S. DISTRICT COURT

SCANNED

The above-captioned action was served on May 28, 1999, along with a motion for preliminary injunction. A responsive pleading is currently due on June 17, 1999 and a response to the motion is due under the local rules on June 14, 1999.

The defendant has moved for an enlargement of these times. Counsel for Plaintiff has consented to an enlargement of time for both deadlines to and including June 18, 1999.

For just cause shown, IT IS SO ORDERED.

Margaret B. Seymour.
U.S. District Judge

Dated: June 17, 1999



WE SO MOVE:

_[signature]_

Eric T. Fingerhut
Shaw Pittman
2300 N Street NW
Washington, DC 20037-1128
(202) 663-8000

William S. Brown
Fed. ID # 5929
Nelson, Mullins, Riley & Scarborough, L.L.P.
301 North Main Street, 24th Floor
Greenville, SC 29601

Attorneys for Defendant


WE CONSENT:

_[signature]_

Donna M. D. Thomas
Astrachan Gunst Goldman & Thomas
20 South Charles Street, Sixth Floor
Baltimore, MD 21201

Attorneys for Plaintiff

Document # 774232 v 1

2