IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Plaintiff,<br><br>v.<br><br>TEKNOLOGY-LAINE, L.L.C., MICHAEL LAINE, and BADRALSADAT MADANI,<br><br>Defendants. | FILED<br>JUN 16 2000<br>LARRY W. PROPES, CLERK<br>U. S. DISTRICT COURT<br><br>Civil Action No.: 6:99-1676-24<br><br>ORDER<br><br>ENTERED<br>JUN 19 2000 |

For good cause shown, Douglas W. Kim is hereby admitted <u>pro hac vice</u> for the purposes of full participation of the trial of this case.

IT IS SO ORDERED.

Margaret B. Seymour
United States District Judge

Date: June 14, 2000
Spartanburg, South Carolina

