IN THE DISTRICT COURT OF THE UNITED STATES

**FILED**

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

JUL 1 1 2000

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | |
|---|---|
| Educational Commission for Foreign Medical Graduates, ) ) ) | Civil Action No. 6:99-1676-24 |
| Plaintiff, ) ) | SCANNED |
| vs. ) ) | **ORDER OF DISMISSAL** |
| Teknology-Laine, L.L.C., Michael Laine, and Badralsadat Madani, ) ) ) | **ENTERED** |
| Defendants. ) ) | JUL 1 2 2000 |

  The Court having been advised by counsel for the parties that the above action has been settled,

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

  IT IS SO ORDERED.

_Margaret B. Seymour_
MARGARET B. SEYMOUR
UNITED STATES DISTRICT JUDGE

July _9_, 2000
Spartanburg, South Carolina