FILED
DEC 17 2004
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Educational Commission for Foreign Medical Graduates,<br><br>  Plaintiff,<br><br>vs.<br><br>Teknology-Laine, L.L.C., Michael Laine, and Badralsadat Madani,<br><br>  Defendants | Civil Action No. 6:99-1676-24AK<br><br>**REQUEST FOR RELEASE OF FUNDS** |

In accordance with the Order And Report Of Magistrate Judge of November 12, 1999, plaintiff, or or about December 10, 1999, deposited $500.00 in the Registry of the Court. Plaintiff now requests that as the statutory required time for claims to be filed has elapsed, that the funds be returned.

Respectfully submitted,

Cort Flint (Federal I.D. #830)
P. O. Box 10827
Greenville, SC 29603
(864) 232-4261
Attorney for Plaintiff

Dated: December 17, 2004

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Educational Commission for Foreign Medical Graduates, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Teknology-Laine, L.L.C., Michael Laine, and Badralsadat Madani, )<br>)<br>Defendants ) | Civil Action No. 6:99-1676-24AK<br><br>**ORDER** |

It appearing to the Court that the $500 deposit of the plaintiff in the Registry of the Court has been held for the statutorily required time and that no claims have been filed against same, it is

ORDERED that the Clerk of the Court release the $500 deposit to the plaintiff,

AND IT IS SO ORDERED.

Dated:_____

　　　　　　　　　　　　　　　　　　　Margaret B. Seymour
　　　　　　　　　　　　　　　　　　　United States District Judge