IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**FILED**

JAN 1 9 2005

LARRY W.
U. S.

Entered 1/19/05

| | |
|---|---|
| Educational Commission for Foreign Medical Graduates, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 6:99-1676-24AK |
| vs. | ) **ORDER** ) |
| Teknology-Laine, L.L.C., Michael Laine, and Badralsadat Madani, | ) ) ) |
| Defendants | ) ) |

It appearing to the Court that the $500 deposit of the plaintiff in the Registry of the Court has been held for the statutorily required time and that no claims have been filed against same, it is

ORDERED that the Clerk of the Court release the $500 deposit to the plaintiff,

AND IT IS SO ORDERED.

Margaret B. Seymour
United States District Judge

Dated: January 14, 2005